UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Cause No. 1:20-cr-00174-JMS-DML-- 01 |
| JUSTIN CAIN, Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 3, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 7, 2026, Supplemental Petition filed on July 24, 2026, Second Supplemental Petition filed on September 28, 2026, and Third Supplemental Petition filed October 30, 2026. Defendant appeared in person with his FCD counsel, Omar Ghani. The government appeared by Kelsey Massa, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer, Kristine Talley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 2, 3, 4, 6, and 7. [Docket No. 66, 72, 79, and 88.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On June 12, 2026, Mr. Cain submitted a positive drug screen for amphetamines and cannabinoids. He admitted to use of methamphetamine and marijuana, the last time being on June 10, 2026.<br>As previously reported to the Court, on March 24, 2026, Mr. Cain submitted a positive urinalysis for amphetamines and admitted to the use of methamphetamine; on April 9, 2026, he submitted a positive urinalysis which confirmed positive for THC Metabolite; and on May 18, 2026, he submitted a urine sample that tested positive for cannabinoids and amphetamines, which he admitted to the use of marijuana and methamphetamine. |
| 3 | **"You shall not commit another federal, state, or local crime."**<br><br>On July 14, 2026, Mr. Cain was charged with Disorderly Conduct, a class B Misdemeanor, in Montgomery County, Indiana, under case number 54D02-2607-CM-001790. On July 21, 2026, Mr. Cain was sentenced to 4 days executed, time served. |
| 4 | **You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On July 16, 2026, Mr. Cain submitted a positive drug screen for amphetamines and cannabinoids. He admitted to use of methamphetamine and marijuana, the last time being on July 12, 2026. |
| 6 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

On September 18, 2026, Mr. Cain submitted a positive drug screen for amphetamines and cannabinoids. He admitted to the use of methamphetamine and marijuana, the last use of methamphetamine being on September 15, 2026 and the last use of marijuana being on September 17, 2026.

7 **The defendant shall report to First City Recovery Center for participation in a program of inpatient treatment and follow all recommendations of treatment by the facility.**

On October 27, 2026, the Court ordered Mr. Cain into inpatient substance abuse treatment at First City Recovery. He was ordered to follow all recommendations of the treatment provider. On October 29, 2026, this officer received notice that Mr. Cain was being noncompliant at the treatment facility.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade B violation.

(b) Defendant's criminal history category is VI.

(c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months with no supervised release to follow. Defendant requested **not** to be placed at FCI – Hazleton and requests placement at a facility closest to Indiana as possible with the lowest possible security level.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 21 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/4/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system