UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cr-00174-JMS-DML |
| | ) | |
| JUSTIN CAIN (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt. [95] recommending that Justin Cain's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [95]. The Court finds that Mr. Cain committed Violation Numbers 2, 3, 4, 6, and 7 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* at dkts. [66, 72, 79, and 88]. The Court dismissed Violation Numbers 1 and 5 at dkts. [66 and 79]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Cain is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months and with no federal supervised release to follow. The Court recommends defendant **not** to be placed at FCI Hazleton and placement at a facility closest to Indiana as possible with the lowest possible security level.

Date: 11/5/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system